UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

IN RE:

Altagracia Paulino,
Debtor

Case No. 22-40317-EDK
Chapter 7

### Order Granting The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-11 Relief From The Automatic Stay and Leave to Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objection having been filed after proper notice, it is hereby ordered that The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-11, its Successors and/or Assigns, Motion for Relief From Automatic Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to the mortgage given by Altagracia Paulino and Miledy Paulino Peralta to Mortgage Electronic Registration Systems, Inc., as nominee for America's Wholesale Lender dated May 26, 2006. Said mortgage is recorded in the Worcester County (Worcester District) Registry of Deeds at Book 39052, Page 296 and covering the premises located at 137 Greenwood Street, Worcester, MA 01607. The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-11, its Successors and/or Assigns, may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion.

_____
Honorable Elizabeth D. Katz
United States Bankruptcy Judge

22-40317-EDK

