

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* ALTAGRACIA PAULINO, Debtor | Ch. 7 <br> 22-40317-EDK |

## Proceeding Memorandum and Order

**MATTER:**

#30; Motion filed by Creditor The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006- 11 for Relief from Stay Re: 137 Greenwood Street, Worcester, MA 01607 with certificate of service and proposed order Fee Amount $188, Objections due by 08/11/2022. (Attachments: # 1 Proposed Order # 2 Exhibit) (Dolben, Joseph)

**Decision set forth more fully as follows:**

Hearing held September 7, 2022.

After review of the cases cited by the Bank of New York Mellon (the "Bank") at the hearing held on September 7, 2022, the Court Orders as follows:

The hearing on the Bank's Motion for Relief from Stay is continued to November 9, 2022 at 12:30 p.m. The continued hearing will be conducted telephonically; parties may participate by dialing 888-363-4734, and entering access code 496 4809 when prompted.

The deadline for the Bank to file a supplemental brief directly addressing the arguments raised by the Debtor in the opposition filed on September 6, 2022 [Docket #42] is October 26, 2022.

Dated: 9/8/2022

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge